**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Richard Alan Haase v. Deutsche Bank National Trust Company

Appellate case number:   01-20-00854-CV

Trial court case number:  07-DCV-161177

Trial court:                    400th District Court of Fort Bend County

It is ordered that Appellants' Motion for a Panel Decision to Require Trial Court to State Findings of Fact and Conclusions of Law is **denied**.

Judge's signature: /s/ Veronica Rivas-Molloy
                            Acting for the Court

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.

Date:  February 17, 2022